No. 80–1486.  OMNI FARMS, INC. v. ARKANSAS POWER & LIGHT Co.  Appeal from Sup. Ct. Ark. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–461.  RETAIL, WHOLESALE & DEPARTMENT STORE UNION, AFL–CIO v. G. C. MURPHY Co.  C. A. 3d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Northwest Airlines, Inc.* v. *Transport Workers, ante,* p. 77.

No. 80–1284.  GRAY, TREASURER OF HARRIS COUNTY, TEXAS (KRIEGEL, SUCCESSOR IN OFFICE) v. VAN OOTEGHEM.  C. A. 5th Cir.  Certiorari dismissed without prejudice.

No. 80–689.  WIDMAR ET AL. v. VINCENT ET AL.  C. A. 8th Cir.  [Certiorari granted, 450 U. S. 909.]  Motions of Anti-Defamation League of B'nai B'rith and American Jewish Congress for leave to file briefs as *amici curiae* granted.

No. 80–1010.  CURREY ET AL., DBA CURREY & CURREY v. CORPORATION COMMISSION OF OKLAHOMA ET AL.  Sup. Ct. Okla.;

No. 80–1494.  UNITED AIR LINES, INC. v. DIVISION OF INDUSTRIAL SAFETY OF THE DEPARTMENT OF INDUSTRIAL RELATIONS OF CALIFORNIA ET AL.  C. A. 9th Cir.; and

No. 80–1523.  FAIRDALE FARMS, INC. v. YANKEE MILK, INC., ET AL.  C. A. 2d Cir.  The Solicitor General is invited to file briefs in these cases expressing the views of the United States.